**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-14-412 |
| | § |
| SALVADOR SAN MIGUEL | § |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 23). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 15, 2015 |
| Responses are to be filed by: | April 29, 2015 |
| Pretrial conference is reset to**:** | **May 7, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 11, 2015 at 9:00 a.m.** |

SIGNED on March 17, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge