**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-412 |
| | § | |
| SALVADOR SAN MIGUEL | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 26). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 26, 2015 |
| Responses are to be filed by: | June 8, 2015 |
| Pretrial conference is reset to**:** | **June 15, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 22, 2015 at 9:00 a.m.** |

SIGNED on April 30, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge