IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-14-412 |
| | § |
| SALVADOR SAN MIGUEL | § |

**O R D E R**

The defendant pleaded guilty to distributing and possessing child pornography and is awaiting sentencing that is scheduled to occur on October 21, 2015. He has moved to modify his bond conditions, which imposed home confinement. (Docket Entry No. 41). He seeks instead a curfew that would allow him unrestricted movement away from home between 6:00 a.m. until 9:00 p.m. No reason is provided, and, as the government notes, there are risks to public safety from such unrestricted movement. The motion to modify is denied. The conditions remain in place pending sentencing.

SIGNED on August 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge