# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-14-412 |
| | § |
| SALVADOR SAN MIGUEL | § |

## O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 48). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 2, 2015 at 9:00 a.m.**

SIGNED on October 6, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge