PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | |
|---|---|
| Name of Offender: | Salvador Sanmiguel |
| Case Number: | 4:14CR00412-001 |
| Name of Sentencing Judge: | The Honorable Lee H. Rosenthal |
| Date of Original Sentence: | May 25, 2016 |
| Original Offense: | Count 2: Possession of Child Pornography all in violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256(8)(A) |
| Original Sentence: | 48 months as to Count 2 to be followed by 10 years of supervised release. Special Assessment: $100. Special conditions include: Sex offender treatment/mental health treatment, polygraph examination, sex offender registration/report change of address, no viewing or possessing any sexually stimulating material, and no internet unless approved by U.S. Probation Officer. |
| Type of Supervision: | Supervised Release |
| Supervision Started: | December 28, 2018 |

### EARLIER COURT ACTION

**07/01/2016:** Amended Judgement filed to add restitution of $12,000.

**01/10/2022:** A Request for Modifying the Conditions or Term of Supervision with Consent to Offender was filed recommending his conditions be modified to include ongoing monitoring of all devices via monitoring software. The Court concurred with the recommendation.

**02/13/2023:** A Request for Modifying the Conditions or Term of Supervision with Consent to Offender was filed recommending his conditions be modified to enforce a monthly payment schedule of no less than $100.

**03/01/2024:** A Report on Offender Under Supervision- No Court Action Required was filed advising the Court of the offender's failure to pay restitution. No court action was requested and offender agreed to comply with payment plan. Court concurred with recommendation.

**08/06/2024:** An Order was signed by the Court denying the offender's request to early terminate supervision.

RE:  Salvador Sanmiguel
Dkt. No. 4:14CR00412-001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1    **Failure to pay restitution as directed**

Mr. Sanmiguel has failed to abide by the payment plan enforced via the Request for Modifying the Conditions or Term of Supervision with Consent to Offender filed on February 13, 2023. On June 14, 2024, the Treasury Offset Program (TOP) retrieved a payment of $39.42. Mr. Sanmiguel failed to pay for the months of July, August, September, October, November, December 2024, and January 2025. On February 5, 2025, Mr. Sanmiguel submitted a $100 payment. He has a remaining restitution balance of $429.15.

### U.S. Probation Officer Action:

Upon admonishment, Mr. Sanmiguel advised being out of work more than expected due to ongoing health issues. Based on the analysis of Mr. Sanmiguel's financial status, a monthly payment of $100 remains appropriate. He advised the probation office, he will receive an employment bonus check before the end of this month and plans to pay the remaining balance in full within the next month.  Mr. Sanmiguel's compliance will be monitored through regular review of his employment status, income, and restitution payments, as well as routine financial investigations.

It is respectfully recommended the Court defer adverse action at this time and reserve the right to address this violation at a later date should he fail to comply.

Approved:

*DDominguez*

Donielle Dominguez, Supervising
United States Probation Officer

Respectfully submitted,

By:    *Azuree D. Jackson*

Azuree' D. Jackson
Senior United States Probation Officer

Name of Offender: Sanmiguel, Salvador
Case Number: 4:14CR00412-001
Page Number: 3

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

_____
Lee H. Rosenthal
U. S. District Judge

2/8/2025
_____
Date